PER CURIAM.
Affirmed. See Carbajal v. State, 75 So. 3d 258 (Fla. 2011) ; McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002) ; Rowe v. State, 777 So. 2d 1088 (Fla. 2d DCA 2001) ; Smith v. State, 120 So. 3d 155 (Fla. 4th DCA 2013) ; Johnson v. Office of State Attorney, 987 So. 2d 206 (Fla. 5th DCA 2008) ; Francois v. State, 934 So. 2d 536 (Fla. 3d DCA 2006) ; Lee v. State, 847 So. 2d 1142 (Fla. 3d DCA 2003).
SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.